IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**POINA STEVENS FRANICH,**

    **Plaintiff,**

**v.**                                    **No. CIV-15-1150 LAM/GJF**

**BARNETT LAS CRUCES**
**HARLEY-DAVIDSON, LLC, et al.,**

    **Defendants.**

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the parties' *Stipulation of Dismissal (Doc. 13)*, filed April 13, 2016. The Court is of the opinion that the claims alleged by the parties in the above-captioned matter should be dismissed with prejudice as requested. The Court is of the opinion that the following Order should be entered.

**IT IS THEREFORE ORDERED** that all claims filed in this matter by Plaintiff, POINA STEVENS FRANICH are **DISMISSED WITH PREJUDICE** to the right of Plaintiff to ever refile same against Defendants, BARNETT LAS CRUCES HARLEY-DAVIDSON, LLC, KIMBERLY BARNETT-WATTERS, in her official and individual capacities, and SHERMAN BARNETT, in his official and individual capacities.

**IT IS FURTHER ORDERED** that all attorney fees and costs of court shall be borne by the party incurring same.

**IT IS SO ORDERED.**

                                                        _/s/ Lourdes A. Martínez_
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**

**APPROVED AS TO FORM AND ENTRY REQUESTED:** *(Prior to modification by the Court)*

_____/s/_____
Raul A. Carrillo, Jr.
Attorney for Plaintiff


_____/s/_____
Mark D. Dore
Mounce, Green, Myers, Safi, Paxson & Galatzan
A Professional Corporation
Attorneys for Defendants